UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:

TRAVIS JOE BROWN
LORI HOPE BROWN

DEBTOR(s).

CHAPTER 13
CASE:  11-16490 SBB

OBJECTION TO MOTION TO CONFIRM CHAPTER 13 PLAN

The Standing Chapter 13 Trustee hereby files her Objection to Motion to Confirm Chapter 13 Plan and as grounds therefore states as follows:

1. Debtors' plan is underfunded.  11 U.S.C. §§ 1322(a)(1); 1325(a)(1).  The amount to be distributed through the plan exceeds the amount Debtors are required to pay into the plan.

2. The Trustee reserves the right to report on the Debtor(s) payment history at the hearing on her Objection.

WHEREFORE, the Standing Chapter 13 Trustee requests that the Court deny confirmation in the above-captioned matter and dismiss or convert the proceeding pursuant to 11 U.S.C. Section 1307.

May 13, 2011

Respectfully submitted,

 /s/  William R. Lambert
William R. Lambert #18882
Attorney for Chapter 13 Trustee
P.O. Box 1169
Denver, CO 80201
(303) 830-1971
(303) 830-1973 Fax

CERTIFICATE OF MAILING

  I hereby certify that a true and correct copy of the above Objection to Motion to Confirm Chapter 13 Plan was placed in the U.S. Mail, postage prepaid, on <u>May 13, 2011</u> addressed as follows:

Travis Joe and Lori Hope Brown
1005 Pershing Street
Craig, CO  81625

Sherman P. Romney
415 W. victory Way
Ste. 110
Craig, CO  81625

 /s/ William R. Lambert
Chapter 13 Trustee Staff Member