UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:                                                   CASE NO:  11-16490-SBB
TRAVIS JOE BROWN                        CHAPTER 13

LORI HOPE BROWN

                             Debtors

## CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

The Standing Chapter 13 Trustee moves to dismiss this case based on the following:

1. The Debtors failed to make the payments required by the Plan.

   A. The Debtors, in the above captioned case, filed the Plan and proposed current monthly payments of $ 399.00 per month or variable payments.

   B. The Confirmation Order dated June 17, 2011 orders the Debtors to pay the current sum of $ 399.00 commencing thirty days after the case is filed.

   C. The total paid into the Plan through June 5, 2013, is $8,526.09 the last payment having been received by the Trustee on April 17, 2013.

   D. Payment of $1,289.00 is required to be current through June 2013.

   E. THE DEBTORS SHALL BE ACCOUNTABLE FOR ANY PAYMENTS WHICH BECOME DUE AFTER THE DATE OF THIS MOTION AND UP TO THE DATE OF THE MEETING WITH THE TRUSTEE.

2. The Debtors have failed to comply with the following Plan Provision:

3. The Debtors' failure to comply with the requirements for relief under Chapter 13, Title 11, United States Code is prejudicial to creditors.

   WHEREFORE, the Trustee requests that this case be dismissed pursuant to 11 U.S.C. Section 1307.

Dated: June 5, 2013                              By:    s/Sally J. Zeman
                                                                   Sally J. Zeman #15319
                                                                   Standing Chapter 13 Trustee
                                                                   P.O. Box 1169
                                                                   Denver, CO 80201
                                                                   Phone:  (303) 830-1971
                                                                   Fax:  (303) 830-1973

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:                                                       CASE NO: 11-16490-SBB
TRAVIS JOE BROWN                       CHAPTER 13

LORI HOPE BROWN

DEBTORS

## NOTICE OF CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

NOTICE IS HEREBY GIVEN that the Standing Chapter 13 Trustee has filed a Motion to Dismiss, due to the Debtors' failure to comply with the provisions of Chapter 13, Title 11, United States Code. A copy of the Motion, specifying the grounds for dismissal, is enclosed.

NOTICE IS ALSO GIVEN that, if the Debtors desire to resolve the Standing Chapter 13 Trustee's Motion by written agreement and stipulation, then the Debtors must either **call the Trustee's office at 303-830-1971** no later than 7 days before the meeting date below, or meet with the Trustee at the following date and time:

| Location | Date & Time |
|---|---|
| 1888 Sherman Street<br>Suite 750<br>Denver, CO 80203 | June 24, 2013<br><br>12:30 – 2:00 PM |

NOTICE IS FURTHER GIVEN that, if the Debtors wish to appear before the Court to dispute the facts set forth in the Trustee's Motion to Dismiss, the Debtors must file a written objection and request for a hearing with the Court at 721 19th St., Denver, Co 80202, on or before June 24, 2013, and serve a copy thereof on the undersigned. Objections and requests for hearing shall clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any. General objections will not be considered by the Court.

In the absence of either (a) a written agreement between the Debtors and the Standing Chapter 13 Trustee, or (b) a timely and substantiated objection and request for hearing by the Debtors, the undersigned may certify such facts to the Court and the Court may approve or grant the Standing Chapter 13 Trustee's Motion to Dismiss, without any further notice to the Debtor.

Dated: June 5, 2013                               By:    s/Sally J. Zeman
                                                                                              Sally J. Zeman # 15319
                                                                                              Standing Chapter 13 Trustee
                                                                                               P.O. Box 1169
                                                                                               Denver, CO 80201-1169
                                                                                               (303) 830-1971
                                                                                               Fax: (303) 830-1973

### CERTIFICATE OF SERVICE

      I hereby certify that a copy of the attached Motion to Dismiss and the foregoing Notice were mailed, postage prepaid, in the U.S. mail on June 7, 2013, to the Debtors and to the Debtors' Attorney at the address shown:

TRAVIS JOE and LORI HOPE BROWN, 1005 PERSHING STREET, CRAIG, CO 81625 ,
SHERMAN P ROMNEY ATTORNEY 415 W VICTORY WAY STE 110 CRAIG, CO 81625

s/Sally J. Zeman
Trustee's paralegal assigned to docket, P.O. Box 1169, Denver, CO 80201, 303-830-1971