UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:  
TRAVIS JOE BROWN

CASE NO:  11-16490-SBB  
CHAPTER 13

LORI HOPE BROWN

DEBTORS

### MOTION TO APPROVE STIPULATION FOR RESOLUTION OF CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

The Standing Chapter 13 Trustee respectfully moves the Court to approve the Stipulation between the Trustee and the Debtors in the above-captioned case and as grounds therefore states:

1. The Standing Chapter 13 Trustee has previously moved to dismiss the within Chapter 13 case for failure to make payments.

2. To avoid future delays in payments to creditors caused by frequent motions to dismiss for failure to make payments, the Trustee and the Debtors have reached a final agreement in the form of the attached Stipulation.

3. To resolve the current Motion to Dismiss filed by the Standing Chapter 13 Trustee, the following conditions have been met:

___X___ Debtors are current with Chapter 13 Plan payments.

_____ Debtors, and/or Debtors' Attorney, have signed a statement of arrangements to bring the Plan payments current.

___X___ Debtors, and/or Debtors' Attorney, have signed the Stipulation for Resolution of Chapter 13 Trustee's Motion to Dismiss.

Date:  February 2, 2015

Respectfully submitted,

s/Sally J. Zeman  
Sally J. Zeman # 15319  
Standing Chapter 13 Trustee  
P.O. Box 1169  
Denver, CO 80201-1169  
(303) 830-1971  
FAX (303) 830-1973

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion and the attached Stipulation were mailed, first class postage pre-paid, on February 2, 2015 to the Debtors and Debtors' Attorney.

s/Arkady S.  
Chapter 13/Staff Member, PO Box 1169, Denver, CO 80201, 303-830-1971.

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CASE NO: 11-16490-SBB |
| TRAVIS JOE BROWN | CHAPTER 13 |
| LORI HOPE BROWN | |
| DEBTORS | |

STIPULATION FOR RESOLUTION OF CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

The undersigned stipulate as follows:

1. Pursuant to the Debtors' Chapter 13 Plan the Debtors are required to make timely Plan payments beginning 30 days from the filing of the Plan.

2. The Debtors failed to make timely payments, and the Trustee filed a Motion to Dismiss the case.

3. To resolve the Trustee's Motion, the parties have reached a final agreement whereby the Debtors are required to make the payments exactly as required by the effective Plan and as outlined in the attached Statement of Arrangements, if such was executed.

4. In the event the Debtors fail to comply with the terms of the Statement of Arrangements, if such was filed, the Trustee may immediately file a Certification of Default and Request for Dismissal of Case. Contemporaneously with filing, the Trustee will mail a copy of the Certification to Debtors' Counsel or the Debtors, pro se.

5. In the event the regular Plan payments are not timely made then a default hereunder shall exist. The Trustee will deliver a written Notice of Default to Debtors and Debtors' Counsel. The notice shall be deemed delivered upon placing same in the U.S. Mail, postage pre-paid and addressed as follows:

TRAVIS JOE and LORI HOPE BROWN, 1005 PERSHING STREET, CRAIG, CO 81625  ,
SHERMAN P ROMNEY ATTORNEY, 415 W VICTORY WAY STE 110, CRAIG, CO 81625  ,

6. If such default is not cured within 15 days of the mailing date set forth in the Trustee's Notice of Default, then the Trustee may file with the Court her Certification of Default and Request for Dismissal of Chapter 13 Case.

7. The Trustee will provide a maximum of two Notices of Default during the term of the case. Should a third default occur, the Trustee will notify the Debtors, pro se, or Debtors' Attorney that the Trustee will immediately file her Certification of Default and Request for Dismissal of Chapter 13 Case. No subsequent cure of default will be accepted.

WHEREFORE, the Debtors and the Chapter 13 Trustee request that the Court adopt the foregoing Stipulation and Statement of Arrangements, if applicable, as an Order of Court.

Dated: February 2, 2015

| | | |
|---|---|---|
| | s/TRAVIS JOE BROWN | |
| s/Sally J. Zeman | s/LORI HOPE BROWN | _____ |
| Sally J. Zeman #15319 | TRAVIS JOE and LORI HOPE BROWN | SHERMAN P ROMNEY ATTORNEY |
| Standing Chapter 13 Trustee | Debtors | 415 W VICTORY WAY STE 110 |
| P.O. Box 1169 | | CRAIG, CO 81625 |
| Denver, CO 80201 | | |
| (303) 830-1971 | | |
| FAX (303) 830-1973 | | |