UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:                                                                 CASE NO:  11-16490-SBB
TRAVIS JOE BROWN                             CHAPTER 13

LORI HOPE BROWN

DEBTORS

ORDER APPROVING STIPULATION FOR THE RESOLUTION OF
CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

THE COURT, having reviewed the Stipulation between the Debtors and the Standing Chapter 13 Trustee filed __February 2, 2015__, hereby approves the Stipulation.

Dated:    February 3, 2015

BY ORDER OF THE COURT,

_____
United States Bankruptcy Judge