UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:  
TRAVIS JOE BROWN

LORI HOPE BROWN

CASE NO:  11-16490-SBB  
CHAPTER 13

DEBTORS

ORDER APPROVING STIPULATION FOR THE RESOLUTION OF  
CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

THE COURT, having reviewed the Stipulation between the Debtors and the Standing Chapter 13 Trustee filed __February 2, 2015__, hereby approves the Stipulation.

Dated: February 3, 2015

BY ORDER OF THE COURT,

_____  
United States Bankruptcy Judge