United States Bankruptcy Court
District of Colorado

In re:  
Travis Joe Brown  
Lori Hope Brown  
     Debtors

Case No. 11-16490-SBB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1082-1      User: pager     Page 1 of 1     Date Rcvd: Feb 03, 2015  
                         Form ID: pdf904     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2015.  
db/db     #+Travis Joe Brown,    Lori Hope Brown,    1005 Pershing Street,    Craig, CO 81625-2333

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         +E-mail/Text: bknotice@crgofusa.com Feb 04 2015 00:15:15  
          InSolve Recovery, LLC, as assignee of GE Capital,    c/o Capital Recovery Group, LLC,  
          1790 E. River Road, Ste. 101,    Tucson, AZ 85718-5958  
                                                                                                                                                           TOTAL: 1

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2015                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2015 at the address(es) listed below:  
       James E. Brown    on behalf of Creditor    InSolve Recovery, LLC, as assignee of GE Capital  
        jim@jamesebrown.com,   wy0j@aol.com;vlinneyb@aol.com  
       Nichlas P. Spallas    on behalf of Creditor    InSolve Recovery, LLC, as assignee of GE Capital  
        bknotices@crgofusa.com  
       Sally Zeman    mail@ch13colorado.com,   szeman@ecf.epiqsystems.com  
       Sherman P. Romney    on behalf of Debtor Travis Joe Brown bankruptcy@romneylawoffice.com,  
        kathycleaver@gmail.com;romney@amigo.net  
       Sherman P. Romney    on behalf of Debtor Lori Hope Brown bankruptcy@romneylawoffice.com,  
        kathycleaver@gmail.com;romney@amigo.net  
       Susan J. Hendrick    on behalf of Creditor    Wells Fargo Bank, NA bkcourtmail@amlawco.com  
       US Trustee, 13    USTPRegion19.DV.ECF@usdoj.gov  
                                                                                                                                               TOTAL: 7

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:                                                     CASE NO: 11-16490-SBB
TRAVIS JOE BROWN                       CHAPTER 13

LORI HOPE BROWN

DEBTORS

ORDER APPROVING STIPULATION FOR THE RESOLUTION OF
CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

     THE COURT, having reviewed the Stipulation between the Debtors and the Standing Chapter 13 Trustee filed __February 2, 2015__, hereby approves the Stipulation.

Dated:   February 3, 2015

                                                                     BY ORDER OF THE COURT,

                                                                      United States Bankruptcy Judge