# United States Bankruptcy Court
## District of Colorado

In re   **Travis Joe Brown**
**Lori Hope Brown**

Debtor(s)

Case No.   **11-16490**

Chapter   **13**

## Notice of Change of Address

Debtor's Social Security Number:     **xxx-xx-2309**

Joint Debtor's Social Security Number:   **xxx-xx-2903**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:     **Travis Joe Brown and Lori Hope Brown**

Street:     **1005 Pershing Street**

City, State and Zip:     **Craig, CO 81625**

Telephone #:

**Please be advised that effective February 19, 2015,**
**my (our) new mailing address and telephone number is:**

Name:     **Travis Joe Brown and Lori Hope Brown**

Street:     **PO Box 1554**

City, State and Zip:     **Benton, IL 62812**

Telephone #:

**/s/ Travis Joe Brown**
**Travis Joe Brown**
Debtor

**/s/ Lori Hope Brown**
**Lori Hope Brown**
Joint Debtor